Opinion issued November 29, 2007











In The

Court of Appeals

For The

First District of Texas



____________


NO. 01-07-00821-CR

____________


YOSHINA AOHADIAN, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 180th District Court

Harris County, Texas

Trial Court Cause No. 1089449

 






MEMORANDUM OPINION

 Appellant, Yoshina Aohadian, has filed a motion to dismiss the above-referenced appeal. The motion complies with the Texas Rules of Appellate
Procedure. See Tex. R. App. P. 42.2(a).

 We have not yet issued a decision. Accordingly, we grant the motion and
dismiss the appeal. 

 We direct the clerk of this Court to issue the mandate. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Taft, Hanks, and Higley.

Do not publish. Tex. R. App. P. 47.2(b).